IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LAZARO IBARRA GUERRERO,
        *Petitioner*,
v.

TODD M. LYONS, *et al.*,
        *Respondents*.

1:25-cv-2143-MSN-LRV

## ORDER

In this matter, Petitioner Lazaro Ibarra Guerrero filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, in which he asserted that he was illegally detained by the U.S. Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") on the basis of the improper characterization that he was an "applicant for admission" pursuant to 8 U.S.C. § 1225(a), thus subjecting him to mandatory detention under 8 U.S.C. § 1225(b)(2). ECF 1. The during the pendency of this matter, the Court entered an administrative stay prohibiting Respondents from removing or transferring Petitioner from this district for any reason without the Court's permission. ECF 2. The Court granted the Petition on December 1, 2025, ordering Federal Respondents to provide Petitioner with a standard bond hearing upon his motion thereto in the Immigration Court. ECF 5.

Federal Respondents now ask the Court to vacate its stay as to allow them to deport Petitioner, as Petitioner never moved for bond in the Immigration Court and has now received a final order of removal. ECF 7. Petitioner did not respond to Federal Respondents' motion, but filed his own motion to retract his habeas petition "so that he can be deported back to Mexico." ECF 9. The Court construes Petitioner's motion as a request for the Court to vacate its prior Order granting the Petition (ECF 5).

In consideration of the foregoing, and because it is appropriate to do so, it is hereby

ORDERED that Petitioner's Motion (ECF 9) is GRANTED; and it is further

ORDERED that this Court's Order of December 1, 2025 (ECF 5) is VACATED; and it is further

ORDERED that Federal Respondents' Motion (ECF 7) is GRANTED; and it is further

ORDERED that this Court's stay (ECF 2) is LIFTED.

**IT IS SO ORDERED.**

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

January 20, 2026
Alexandria, Virginia

2